No. 68000.—Adorence Co. et al. v. United States, protests 59/2170, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), and the record showing that the merchandise consists of nylon gloves and mittens similar in use to silk gloves and mittens, the claim of the plaintiffs was sustained.

No. 68001.—Norman G. Jensen, Inc. v. United States, protests 63/1180 and 63/1181 (Seattle).

Opinion by FORD, J. The protests were dismissed.